JUDGE CASTEL

BLANK ROME, LLP
Attorneys for Plaintiffs
ALLIED MARITIME INC. and
MARITIMA ALLIED PTE LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



**07 CV 3522**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAY 02 2007

U.S.D.C. S.
CASHIER

---

ALLIED MARITIME INC. and
MARITIMA ALLIED PTE LTD.,

    Plaintiffs,

    -against-

MILAN NIGERIA LTD.,

    Defendant.

07 Civ.

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs ALLIED MARITIME INC. and MARITIMA ALLIED PTE LTD. certifies that, according to information provided to counsel by its clients, ALLIED MARITIME INC. and MARITIMA ALLIED PTE LTD. are not a publicly held corporations or subsidiaries or affiliates of a publicly held corporation.

Dated:       New York, New York
             May 2, 2007

                              Respectfully submitted,
                              BLANK ROME, LLP
                              Attorneys for Plaintiffs
                              ALLIED MARITIME INC. and
                              MARITIMA ALLIED PTE LTD.

                              By_____
                                 Thomas H. Belknap, Jr. (TB-3188)
                              405 Lexington Ave.
                              New York, NY 10174-0208
                              (212) 885-5000