

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (212) 885-5270
Fax:    (917) 332-3795
Email:  TBelknap@BlankRome.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07

July 16, 2007

**MEMO ENDORSED**

RECEIVED
JUL 17 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**BY HAND**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

      Re:    Allied Maritime Inc., et al. v. Milan Nigeria, Ltd.
             07 Civ. 3522 (PKC)
             Our Ref. No.: 601704-00002

Dear Judge Castel:

      We represent plaintiffs in the above-referenced matter. As the Court may be aware, this is a maritime action filed pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims which seeks attachment of up to $1,890,041.85 of defendant's funds as security for plaintiffs' claims against defendant for breach of vessel charter party, the merits of which are subject to arbitration in London. The Court has scheduled a preliminary conference in this matter for July 27, 2007. We respectfully request that that conference be adjourned for an additional 60 days. This Court previously granted plaintiff's request to adjourn the conference from June 15, 2007.

      The lawsuit was commenced on May 2, 2007 and, on that same day, this Court entered an order authorizing the clerk to issue process of maritime attachment and garnishment to be served on a number of bank garnishees. Although plaintiffs have now begun serving the writ of attachment issued in this matter upon the garnishees, to date we are aware of no funds having been attached.

      If funds are attached, Local Admiralty Rule B(2) provides for prompt notice to the defendant of such attachment and provides the defendant with an opportunity for prompt hearing on the propriety of the attachment. Because the merits of the claim are subject to arbitration in



Honorable P. Kevin Castel
June 1, 2007
Page 2

London, no other "litigation" is expected to occur in this action except in the event of an attachment.

For the foregoing reasons, Plaintiffs respectfully submits that a conference would serve no practical purpose at this time. Accordingly, plaintiffs respectfully request that the conference currently scheduled for July 27 be adjourned for 60 days.

Respectfully submitted,

Thomas H. Belknap, Jr.

THB:eb

*Final Adjournment; conference adjourned from July 27 to October __ at __*

*SO ORDERED.*
*USDJ*
*7-17-07*

601704.00002/6560591v.1