CASTEL/J

BLANK ROME, LLP
Attorneys for Plaintiffs
ALLIED MARITIME INC. and
MARITIMA ALLIED PTE LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLIED MARITIME INC. and
MARITIMA ALLIED PTE LTD.,

　　　　　　　Plaintiffs,

　　-against-

MILAN NIGERIA LTD.,

　　　　　　　Defendant.

07 Civ. 3522 (PKC)

**NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF RULE B ATTACHMENT**

　　　PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

　　　WHEREAS, pursuant to Order for Process of Maritime Attachment entered May 2, 2007, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, MILAN NIGERIA LTD., under the control of, or held by various garnishees in New York.

　　　NOW, on the consent of the attorney for plaintiff, it is

　　　ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

311817.1
601704.00002/6577989v.1

1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:    New York, New York
          September 27, 2007

                              BLANK ROME, LLP
                              Attorneys for Plaintiff
                              ALLIED MARITIME INC. and
                              MARITIMA ALLIED PTE LTD.

                              By _____
                                 Thomas H. Belknap, Jr (TB-3188)
                              The Chrysler Building
                              405 Lexington Ave.
                              New York, NY 10174-0208
                              (212) 885-5000

SO ORDERED:

_____
U.S.D.J.

9-28-07